165 A.3d 470

**ROBERTS**

v.

**DEPT. OF PUBLIC SAFETY & CORRECTIONAL SERVICES**

**Pet. Docket No. 64, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied

■

165 A.3d 470

**SMALL, Albert N.**

v.

**STATE of Maryland**

**Pet. Docket No. 139, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 2580, Sept. Term, 2016).

Petition for writ of certiorari denied